1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA TARANGO and FREDDY RAYMOND HERNANDEZ JR., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | CASE NO : **2:17-cv-02475-MRW** <br><br> **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Honorable Michael R. Wilner |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 1, 2020

_____
HONORABLE JUDGE MICHAEL R. WILNER

[PROPOSED ORDER] GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL